# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GERALD COPE, | ) |
| | ) |
| Petitioner, | ) |
| | ) Case Number: 2:21-cv-00288-ACA-JHE |
| v. | ) |
| | ) |
| | ) |
| PATRICE RICHIE JONES, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

## MEMORANDUM OPINION

On April 5, 2021, the magistrate judge entered a report and recommendation, recommending that the court dismiss without prejudice Petitioner Gerald Cope's petition for writ of habeas corpus for want of prosecution. (Doc. 7). The magistrate judge advised Mr. Cope of his right to file objections within 14 days. (*Id.* at 2). To date, the court has not received any objections.

Having considered *de novo* the entire file in this action, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the petition for writ of habeas corpus is due to be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

Further, because Mr. Cope's petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be **DENIED**. *See* 28 U.S.C. 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this April 29, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE